**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01623-CV

### LIFE PARTNERS, INC., Appellant

### V.

### HELEN Z. MCDERMOTT, INDIVIDUALLY AND ON BEHALF
### OF ALL OTHERS SIMILARLY SITUATED, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02966**

## ORDER

The Court has before it appellant's March 18, 2013 request for judicial notice. The Court

**DEFERS** the motion to the submissions panel.

/s/ ELIZABETH LANG-MIERS
   JUSTICE